Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

DIANNE SHADDIX

CASE NO: 14-70153-HDH-13
HEARING DATE: 7/16/2014
HEARING TIME:   10:00 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 7/16/2014 at 10:00 AM at the following location

LIVE HEARING:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s') Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing. The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 7/16/2014 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:   5/30/2014

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   5/30/2014                                          /s/ Walter O'Cheskey

                                                                                                                                                                                                  _____
                                                                                               Walter O'Cheskey
                                                                                               Chapter 13 Trustee

DIANNE SHADDIX 1907 1/2 PEARL AVE  WICHITA FALLS TX 76301
ELAN FINANCIAL SERVICES 777 E WISCONSIN AVE  MILWAUKEE WI 53202
GECRB-JC PENNY ATTENTION - BANKRUPTCY PO BOX 6429 GREENVILLE SC 29606
I C SYSTEM INC ATTN: BANKRUPTCY 444 HIGHWAY 96 EAST SAINT PAUL MN 55127
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JC PENNEY PO BOX 533  DALLAS TX 75221
KOHLS/CAPONE PO BOX 3115  MILWAUKEE WI 53201
TEXOMA COMMUNITY CR UN PO BOX 7860  WICHITA FALLS TX 76307
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
US DEPT OF ED/GLELSI PO BOX 7860  MADISON WI 53707
USAA FEDERAL SAVINGS BANK 17050 MCDERMOTT FRWY  SAN ANTONIO TX 78288
WFFINANCIAL NATIONAL BK-KIRKLANDS PO BOX 66041  DALLAS TX 75266
WORLD ACCEPTANCE CORPORATION ATTN  BANKRUPTCY PROCESSING CENTER PO BOX 6429 GREENVILLE SC 29606
WORLD FINANCE CORP 928 INDIANA AVENUE  WICHITA FALLS TX 76301
WORLD FINANCE CORP PO BOX 6429  GREENVILLE SC 29606